1 Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 Tel: 323-988-2400 x244
Fax: 866-829-5083
4 dbaek@consumerlawcenter.com
Attorneys for Plaintiff,
5 DIANA BATTS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA BATTS,<br><br>　　　　Plaintiff,<br>　　v.<br>MANDARICH LAW GROUP LLP,<br><br>　　　　Defendant. | **Case No.:** 2:12-cv-08046-MWF-MRW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

NOW COMES Plaintiff, DIANA BATTS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

1

Notice of Settlement

| | | |
|---|---|---|
| 1 | DATED:  November 29, 2012 | RESPECTFULLY SUBMITTED, |
| 2 | | KROHN & MOSS, LTD. |
| 3 | | |
| 4 | | By: /s/ Douglas Baek |
| 5 | | Douglas Baek (SBN: 258321)<br>Krohn & Moss, Ltd. |
| 6 | | 10474 Santa Monica Blvd., Suite 401<br>Los Angeles, CA 90025 |
| 7 | | Tel: 323-988-2400 x244<br>Fax: 866-829-5083 |
| 8 | | dbaek@consumerlawcenter.com<br>Attorneys for Plaintiff, |
| 9 | | DIANA BATTS |

2

Notice of Settlement

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was delivered to defendant bys via the courts Electronic Filing System.

By:  /s/ Douglas Baek

Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff,
DIANA BATTS

3

Notice of Settlement