1  Douglas Baek (SBN: 258321)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x244
   Fax: 866-829-5083
4  dbaek@consumerlawcenter.com
   Attorneys for Plaintiff,
5  DIANA BATTS

6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  DIANA BATTS,                        )  **Case No.:** 2:12-cv-08046-MWF-MRW
                                       )
10         Plaintiff,                  )
       v.                              )  **STIPULATION TO DISMISS CASE**
11                                     )  **WITH PREJUDICE**
   MANDARICH LAW GROUP LLP,            )
12                                     )
           Defendant.                  )
13                                     )
                                       )
14 ─────────────────────────────────── )

15         Plaintiff, DIANA BATTS, and Defendant, MANDARICH LAW GROUP LLP, through

16  their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule

17  of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

18         DATED:  December 20, 2012            RESPECTFULLY SUBMITTED,

19                                              KROHN & MOSS, LTD.

20

21                                      By:  /s/ Douglas Baek

22                                              Douglas Baek (SBN: 258321)
                                                Krohn & Moss, Ltd.
23                                              10474 Santa Monica Blvd., Suite 401
                                                Los Angeles, CA 90025
24                                              Tel: 323-988-2400 x244
                                                Fax: 866-829-5083
25                                              dbaek@consumerlawcenter.com
                                                Attorneys for Plaintiff,
26                                              DIANA BATTS

27

28
                                                1
   ─────────────────────────────────────────────────────────────────
                    Stipulation of Dismissal and [Proposed] Order

| | | |
|---|---|---|
| 1 | DATED:  December 20, 2012 | RESPECTFULLY SUBMITTED, |
| 2 | | MANDARICH LAW GROUP LLP |
| 3 | | |
| 4 | | By: /s/  Nathaniel Clark |
| 5 | | Nathaniel Clark (State Bar No. 276621)<br>Nathanielc@mandarichlaw.com |
| 6 | | MANDARICH LAW GROUP LLP<br>6301 Owensmouth Avenue |
| 7 | | Woodland Hills CA 91367<br>(818) 264-0108 Telephone |
| 8 | | (818) 888-1260 Facsimile |

2

Stipulation of Dismissal and [Proposed] Order

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party in this action. My business Address is 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025.

On December 20, 2012, I served the following documents: **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

| | |
|---|---|
| Nathaniel Clark | Attorneys for Defendant, |
| MANDARICH LAW GROUP LLP | MANDARICH LAW GROUP, LLP |
| 6301 Owensmouth Avenue | |
| Woodland Hills CA 91367 | |

By the following means of service:

[X]  **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X]  **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]  **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on December 20, 2012, at Los Angeles, California.

By: /s/ Douglas Baek

Douglas Baek