UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA BATTS,<br><br>    Plaintiff,<br>v.<br>MANDARICH LAW GROUP LLP,<br><br>    Defendant. | Case No.: 2:12-cv-08046-MWF-MRW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE |

## [~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: December 21, 2012.

_____
Honorable Judge
United States District Judge

[~~Proposed~~] Order